UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-24292-Civ-COOKE
(12-20524-Cr-COOKE)

DAVID YEG HOM,

    Movant,

vs.

UNITED STATES OF AMERICA,

    Respondent.

_____/

**ORDER PARTIALLY ADOPTING MAGISTRATE'S REPORT AND GRANTING MOTION TO CORRECT SENTENCE PURSUANT TO 28 U.S.C. § 2255**

    THIS MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge, pursuant to 28 U.S.C. §636(b)(1)(B), Rules 8 and 10 of the Rules Governing Section 2255 Cases in the United States District Courts, and Administrative Order 2003-19 of this Court, for a ruling on all pre-trial, non-dispositive matters and for a Report and Recommendation on any dispositive matters (ECF No. 3). On June 29, 2016 Judge White issued a Report of Magistrate Judge ("Report") (ECF No. 28) in light of the Supreme Court's decisions in *Johnson v. United States*, \_\_ U.S. \_\_, 135 S. Ct. 2563 (2015), *Mathis v. United States*, \_\_ U.S. \_\_, 136 S. Ct. 2243 (2016), and the United States' Withdrawal of Opposition to Petitioner's Section 2255 *Johnson* Claims for Relief (ECF No. 27). I have considered Judge White's Report and made a *de novo* review of the record. I find Judge White's Report clear, cogent, and compelling.

    Therefore, Judge White's Report (ECF No. 28) is **AFFIRMED and ADOPTED** *in part*. I only differ with Judge White's recommendation to order a new Presentence Investigation Report ("PSI"), since the U.S. Probation Office offered a revised sentencing recommendation for Movant on July 20, 2016. *See* 12-20524-Cr-Cooke, ECF No. 122. Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. David Teg Hom's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (ECF No. 1) is **GRANTED**. No certificate of appealability will issue.

2. Mr. Hom's sentence is **VACATED**.

3. I agree with the recommendations of the U.S. Probation Office from July 20, 2016. Therefore, no amended PSI or resentencing hearing is needed.

4. Mr. Hom is hereby **RESENTENCED** to a term of imprisonment for 37 months, with credit for time served, and a 3-year term of supervised release to be served upon release from imprisonment.

5. The Court recommends the Bureau of Prisons and the United States Marshals Service expedite the processing of this Order, Mr. Hom's Second Amended Judgment, and Mr. Hom's release from custody.

6. The Clerk shall **CLOSE** this case. All pending motions are **DENIED** *as moot*.

**DONE and ORDERED** in Chambers, at Miami, Florida, this 22nd day of July 2016.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Patrick A. White, U.S. Magistrate Judge*
*Counsel of Record*